**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>                                                          )<br>                  **Plaintiff,**            )<br>                                                          )         **8:07CR111**<br>       **vs.**                                           )<br>                                                          )         **ORDER**<br>**ANGELA MARIE TEBO,**          )<br>                                                          )<br>                  **Defendant.**         ) | |

This matter is before the court on defendant's motion for extension of time to file pretrial motions [12]. Upon the filing of the defendant's speedy trial waiver [14], and for good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that defendant's Motion [12] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **May 29, 2007.**

2. In accordance with 18 U.S.C. § 3161(h)(A), the court finds that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **May 8, 2007 and May 29, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

   **DATED May 10, 2007.**

                                                              **BY THE COURT:**

                                                              **s/ F.A. Gossett
                                                              United States Magistrate Judge**